| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MATTHEW A. LESNICK (SBN 177594)<br>　matt@lesnickprince.com<br>LAUREN N. GANS (SBN 247542)<br>　lgans@lesnickprince.com<br>LISA R. PATEL (SBN 341574)<br>　lpatel@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth Street, Suite 705<br>Los Angeles, CA  90015<br>Telephone: (213) 493-6496<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor*  Debtor Capital KCS, LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>CAPITAL KCS, LLC<br><br><br><br><br>Debtor(s). | CASE NO.:  2:23-bk-13029-DS<br>CHAPTER:  11<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov).  A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?   ☒ Yes  ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B        ☐ Schedule C        ☐ Schedule D        ☐ Schedule E/F        ☐ Schedule G
☐ Schedule H          ☐ Schedule I        ☐ Schedule J        ☐ Schedule J-2       ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers        ☐ Statement of Intention        ☒ Master Mailing List
☒ Other (*specify*) Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 05/30/2023

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                                                Page 1                                                F 1007-1.1.AMENDED.SUMMARY

# AMENDED MASTER MAILING LIST

AT&T  
PO Box 5014  
Carol Stream , IL 60197-5014

Buchalter Nemer  
1000 Wilshire Boulevard  
Suite 1500  
Los Angeles, CA 90017-1730

CA Dept. of Motor Vehicles  
PO Box 942897  
Sacramento, CA 94297-0897

City of LA Dept of Building & Safety  
201 N. Figueroa St.  
Los Angeles, CA 90012

City of LA DOT  
100 S. Main St.  
10th Floor  
Los Angeles, CA 90012

City of Los Angeles - HCIDLA  
PO BOX 30970  
Los Angeles, CA 90030-0970

City of Los Angeles Fire Dept  
c/o City of Los Angeles Treasurer  
PO Box 845252  
Los Angeles, CA 90084-5252

City of Los Angeles, Los Angeles Housing Depa  
PO BOX 17790  
Los Angeles, CA 90017-0790

**City of Los Angeles, Office of Finance**
PO Box 51112
Los Angeles, CA 90051-5412


**CPIF California, LLC**
1910 Fairview Ave E
Ste. 200
Seattle, WA 98102


**East West Bank**
135 N. Los Robles Ave.
7th Floor
Pasadena, CA 91101


**Farmers Insurance**
PO Box 0913
Carol Stream , IL 60132-0913


**Franchise Tax Board**
PO Box 942857
Sacramento, CA 94257-0531


**LA City Police Alarm**
200 N Spring St
Los Angeles, CA 90012


**LA Dept. of Water and Power**
PO BOX 51111
Los Angeles, CA 90051-0100


**Los Angeles County Tax Collector**
PO Box 54018
Los Angeles, CA 90054-0018

**Minny Chen**
**8835 Naomi Ave**
**San Gabriel, CA 91775**

**Richardson Kontogouris Emerson LLP**
**2942 Columbia Street**
**Torrance, CA 90503**

**So Cal Gas**
**PO Box 1626**
**Monterey Park, CA 91754-8626**

**Southland Fire Alarm**
**553 N Pacific Coast Hwy.**
**Suite 137**
**Redondo Beach, CA 90277**

**Spectrum**
**PO Box 60074**
**City of Industry, CA 91716-0074**

**State Farm Insurance**
**PO Box 2915**
**Bloomington, IL 61702-2915**

**T-Mobile**
**T-Mobile Bankruptcy Team**
**PO Box 53410**
**Bellevue, WA 98015-3410**

**Fill in this information to identify the case:**

Debtor name  Capital KCS, LLC

United States Bankruptcy Court for the:  Central    District of  California
(State)

Case number (If known):  2:23-bk-13029-DS

☑ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Richardson Kontogouris Emerson LLP 2942 Columbia Street Torrance, CA 90503 | Andrew Stah 310-294-5158 Andrew.Stah@rkellp.com | Trade Debt | | | | 40,755.00 |
| 2 | LA Dept. of Water and Power PO Box 51111 Los Angeles, CA 90051-0100 | 800-499-8840 | Trade Debt | | | | 2,858.67 |
| 3 | LA Dept. of Water and Power PO Box 51111 Los Angeles, CA 90051-0100 | 800-499-8840 | Trade Debt | | | | 940.73 |
| 4 | Southland Fire Alarm 553 N Pacific Coast Hwy. Ste 137 Redondo Beach, CA 90277 | Bob 310-375-1015 bob@fire-alarm.com | Trade Debt | | | | 165.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Capital KCS, LLC  
Name

Case number (*if known*) 2:23-bk-13029-DS

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/30/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Marcus Colabianchi    mcolabianchi@duanemorris.com
Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/30/2023 | Janet A. Mack | /s/ Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 2    F 1007-1.1.AMENDED.SUMMARY