**Fill in this information to identify the case:**

Debtor name ___Capital KCS, LLC___

United States Bankruptcy Court for the: ___Central District of California___

(State)

Case number (If known): ___2:23-bk-13029-DS___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................  $ 60,900,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................  $ 331,985.76

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................  $ 61,231,985.76

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................  $ 24,152,231.74

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................................  $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............................................  +$ 100,079.38

4. **Total liabilities** ........................................................................................................................................................  $ 24,252,311.12
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
| --- |
| Debtor name __Capital KCS, LLC__ |
| United States Bankruptcy Court for the: __Central District of California__ |
| Case number (If known): __2:23-bk-13029-DS__ |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| **2. Cash on hand** | $ 0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. East West Bank | Checking | 0 8 0 2 | $ 13,317.41 |
| 3.2. | | | $ |

**4. Other cash equivalents** *(Identify all)*

| 4.1. | $ |
| --- | --- |
| 4.2. | $ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $ 13,317.41

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | $ |
| --- | --- |
| 7.2. | $ |

Debtor    Capital KCS, LLC
_____
Name

Case number (if known) 2:23-bk-13029-DS

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........ ➔    $_____
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........ ➔    $_____
                          face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

15.1. _____    _____%    _____    $_____

15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor _____    Case number _(if known)_ ___2:23-bk-13029-DS___
     Capital KCS, LLC
     Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29. **Farm animals** _Examples_: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor    Capital KCS, LLC
_____
Name

Case number (if known)  2:23-bk-13029-DS

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture**<br>File Cabinets, cubicles | $ 0.00 | Fully Depreciated | $ 1,425.00 |
| 40. **Office fixtures**<br>Pre-Owned Stove and Refrigerator, ceiling fans | $ 0.00 | Fully Depreciated | $ 1,443.35 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer Network System, printers, office phones, computer parts | $ 11,648.49 | Estimated | $ 5,800.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 8,668.35

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Capital KCS, LLC
_____    Case number (if known) 2:23-bk-13029-DS
        Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2014 Bentley Flying Spur, VIN#SCBEC9ZA3EZ089665 | $ 188,372.20 | Kelly Blue Book | $ 75,000.00 |
| 47.2 2015 Ferrari 458 Spider, VIN#ZFF68NHAXF0205123 | $ 338,817.45 | Kelly Blue Book | $ 235,000.00 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 310,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor    Capital KCS, LLC
_____    Case number (if known) 2:23-bk-13029-DS
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  459 Colyton St., Los Angeles, CA 90013;<br>Commercial building, approx. 91,200 sq. ft.<br>rentable space (commercial use & live/work<br>creative office space). Entitlement for mixed-use | Own | $ 6,002,923.85 | 3rd Party Appraisal | $ 60,900,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 60,900,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Domain Name for email accounts | $ 0.00 | _____ | $ 0.00 |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Capital KCS, LLC
        Name

Case number (if known) 2:23-bk-13029-DS

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➡  $_____
                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    Capital KCS, LLC
Name

Case number *(if known)*    2:23-bk-13029-DS

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 13,317.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 8,668.35 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 310,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................ ➔ | | $ 60,900,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 331,985.76 | + 91b. $ 60,900,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..........61,231,985.76 ........................ $ 61,231,985.76

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Capital KCS, LLC |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known): | 2:23-bk-13029-DS |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
CPIF California, LLC

**Creditor's mailing address**
1910 Fairview Ave E
Ste. 200, Seattle, WA 98102

**Creditor's email address, if known**

**Date debt was incurred** 03/18/2019
**Last 4 digits of account number** n/a

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

| East West Bank, 1st; CPIF California, LLC, 2nd |
|---|

**Describe debtor's property that is subject to a lien**
459 Colyton St., Los Angeles, CA 90013; Commercial building, approx. 91,200 sq. ft. rentable space (commercial use & live/work creative office space). Entitlement for mixed-use development totaling 370,340 sq. ft. build area.

**Describe the lien**
Third junior deed of trust,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 15,500,000.00
Column B: $ 60,900,000.00

**2.2**

**Creditor's name**
East West Bank

**Creditor's mailing address**
135 N. Los Robles Ave.
7th Floor, Pasadena, CA 91101

**Creditor's email address, if known**

**Date debt was incurred** 8/5/11, 8/11/14
**Last 4 digits of account number** 0138, 0026

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

| |
|---|

☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
459 Colyton St., Los Angeles, CA 90013; Commercial building, approx. 91,200 sq. ft. rentable space (commercial use & live/work creative office space). Entitlement for mixed-use development totaling 370,340 sq. ft. build area.

**Describe the lien**
First and second priority deed of trust,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $8,652,231.74
Column B: $60,900,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 24,152,231.74

Debtor  Capital KCS, LLC
_____
Name

Case number (if known) 2:23-bk-13029-DS
_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Marcus O. Colabianchi, Esq.<br>DUANE MORRIS LLP<br>One Market Plaza, Spear Street Tower, Suite 2200<br>San Francisco, CA, 94105-1127 | Line 2. 1 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____Capital KCS, LLC_____

United States Bankruptcy Court for the: __Central District of California___

Case number __2:23-bk-13029-DS_____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor   Capital RCS, LLC                                                  Case number (if Known)   2:23-bk-13029-DS
              Name

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

**3.1** **Nonpriority creditor's name and mailing address**
AT&T
PO Box 5014
Carol Stream, IL, 60197-5014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1421

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Buchalter
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA, 90017-1730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**                    _

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1692

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
CA Dept. of Motor Vehicles
PO Box 942897

Sacramento, CA, 94297-0897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**                    _

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
City of LA Dept of Building & Safety
201 N. Figueroa St.

Los Angeles, CA, 90012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
City of LA DOT
100 S. Main St.
10th Floor
Los Angeles, CA, 90012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**                    _

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
City of Los Angeles - HCIDLA
PO BOX 30970

Los Angeles, CA, 90030-0970

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**                    _

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____Capital Kess,LLC_____  Case number *(if known)* __2:23-bk-13029-DS____
           Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**          **Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address**

City of Los Angeles Fire Dept
c/o City of Los Angeles Treasurer
PO Box 845252
Los Angeles, CA, 90084-5252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  D507

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

City of Los Angeles, Los Angeles Housing
Department
PO BOX 17790

Los Angeles, CA, 90017-0790

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  5009

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

City of Los Angeles, Office of Finance
PO Box 51112

Los Angeles, CA, 90051-5412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  6715

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

Farmers Insurance
PO Box 0913

Carol Stream , IL, 60132-0913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

Franchise Tax Board
PO Box 942857

Sacramento, CA, 94257-0531

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Capital Ross,LLC

Name

Case number *(if known)*  2:23-bk-13029-DS

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12**

**Nonpriority creditor's name and mailing address**

LA City Police Alarm
200 N Spring St

Los Angeles, CA, 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    0017

$ 0.00

---

**3.13**

**Nonpriority creditor's name and mailing address**

LA Dept. of Water and Power
PO BOX 51111

Los Angeles, CA, 90051-0100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    Mar2023-May2023

Last 4 digits of account number    0000

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 940.73

---

**3.14**

**Nonpriority creditor's name and mailing address**

LA Dept. of Water and Power
PO BOX 51111

Los Angeles, CA, 90051-0100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    Jan2022-May2023

Last 4 digits of account number    0000

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,858.67

---

**3.15**

**Nonpriority creditor's name and mailing address**

Los Angeles County Tax Collector
PO Box 54018

Los Angeles, CA, 90054-0018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number    2000

**Is the claim subject to offset?**
☑ No
☐ Yes

$ -0.02

---

**3.16**

**Nonpriority creditor's name and mailing address**

Minny Chen
8835 Naomi Ave

San Gabriel, CA, 91775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    11/18/21, 2/28/23

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 55,360.00

---

| Debtor | Capital Koss,LLC | Case number *(if known)* | 2:23-bk-13029-DS |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17  Nonpriority creditor's name and mailing address**

Richardson Kontogouris Emerson LLP
2942 Columbia Street

Torrance, CA, 90503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40,755.00

**Basis for the claim:** -

**Date or dates debt was incurred**  9/1/22,10/1/22,11/1

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.18  Nonpriority creditor's name and mailing address**

So Cal Gas
PO Box 1626

Monterey Park, CA, 91754-8626

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** -

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.19  Nonpriority creditor's name and mailing address**

Southland Fire Alarm
553 N Pacific Coast Hwy.
Suite 137
Redondo Beach, CA, 90277

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.00

**Basis for the claim:** -

**Date or dates debt was incurred**  4/15/23

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  4110

---

**3.20  Nonpriority creditor's name and mailing address**

Spectrum
PO Box 60074

City of Industry, CA, 91716-0074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** -

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  7788

---

**3.21  Nonpriority creditor's name and mailing address**

State Farm Insurance
PO Box 2915

Bloomington, IL, 61702-2915

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** -

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  8035

---

Debtor  Capital Kess, LLC
Name

Case number *(if known)*  2:23-bk-13029-DS

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.22  Nonpriority creditor's name and mailing address**

T-Mobile
T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA, 98015-3410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.____  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.____  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.____  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.____  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

Debtor  Capital Koats LLC
         Name

                                        Case number (if known)  2:23-bk-13029-DS

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 100,079.38 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 100,079.38 |

**Fill in this information to identify the case:**

Debtor name ___Capital KCS, LLC___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): ___2:23-bk-13029-DS___     Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _Capital KCS, LLC_

United States Bankruptcy Court for the: _Central District of California_

Case number (If known): _2:23-bk-13029-DS_

☐ Check if this is an amended filing

Official Form 206H
_____

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name  __Capital KCS, LLC__

United States Bankruptcy Court for the: __Central__ _____ District of __California__
(State)

Case number (*If known*): __2:23-bk-13029-DS__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __06/21/2023__              ✗ _____
MM / DD / YYYY                                     Signature of individual signing on behalf of debtor

__Kevin Chen__
Printed name

__Managing Member__
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _Capital KCS, LLC_

United States Bankruptcy Court for the: _Central District of California_

Case number (If known): _2:23-bk-13029-DS_

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _01/01/2023_<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $_____25,000.00 |
| **For prior year:** | From _01/01/2022_<br>MM / DD / YYYY | to | _12/31/2022_<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $_____102,000.00 |
| **For the year before that:** | From _01/01/2021_<br>MM / DD / YYYY | to | _12/31/2021_<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $_____72,572.90 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | Capital KCS, LLC | | Case number (if known) | 2:23-bk-13029-DS |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 18,365.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached SOFA Part 2, Question 4<br>Insider's name | _____ _____ _____ | $ 379,954.67 | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____ _____ _____ | $ _____ | |
| | **Relationship to debtor**<br>_____ | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Capital KCS, LLC | Case number (if known) | 2:23-bk-13029-DS |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | A.C. Martin, Inc. v. Capital KCS LLC, et al. | Foreclosure of Design Professional Lien and Breach of Contract | Superior Court of California, County of Los Angeles<br><br>111 N. Hill St.<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br><br>22STCV28651 | | | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

| Debtor | Capital KCS, LLC | Case number (if known) | 2:23-bk-13029-DS |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Debtor _____Capital KCS, LLC_____    Case number *(if known)*__2:23-bk-13029-DS__
Name

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |
| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

| Debtor | Capital KCS, LLC | Case number (if known) | 2:23-bk-13029-DS |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attached SOFA Part 6, Question 13 | | _____ | $ 599,281.83 |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

| Debtor | Capital KCS, LLC | Case number (if known) 2:23-bk-13029-DS |
|---|---|---|
| | Name | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Capital KCS, LLC
_____    Case number (if known) 2:23-bk-13029-DS
         Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

Debtor    Capital KCS, LLC
_____    Case number (*if known*)__2:23-bk-13029-DS__
    Name

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ <br> Name | | | $_____ |

| Part 12: | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

| Debtor | Capital KCS, LLC | Case number (if known) | 2:23-bk-13029-DS |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.2. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |

Debtor ___Capital KCS, LLC_____    Case number (*if known*)__2:23-bk-13029-DS_____
        Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Minny Chen<br>Name<br>8835 Naomi Ave., San Gabriel, CA 91775 | From 01/01/2011<br>To 05/17/2023 |
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Richardson Kontogouris Emerson LLP<br>Name<br>2942 Columbia St., Torrance, CA 90503 | From 01/01/2012<br>To 05/17/2023 |
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Minny Chen<br>Name<br>8835 Naomi Ave., San Gabriel, CA 91775 | |

---

| Debtor | Capital KCS, LLC | Case number (*if known*) 2:23-bk-13029-DS |
|---|---|---|
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.   East West Bank
Name
135 N. Los Robles Ave., 7th Fl., Pasadena, CA 91101

| Name and address |
|---|

26d.2.   CPIF California LLC
Name
1910 Fairview Ave., Ste. 200, Seattle, WA 98102

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
Name

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **12**

Debtor    Capital KCS, LLC _____    Case number (if known) 2:23-bk-13029-DS _____
　　　　　　Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $ _____ |
| Name and address of the person who has possession of inventory records | | | |

27.2.　_____
　　　　Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| KCS Family Holdings LLC | 1129 E 5th St, Los Angeles, CA 90013 | | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Capital KCS, LLC
_____
Name

Case number *(if known)* 2:23-bk-13029-DS
_____

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| KCS Family Holdings LLC | EIN: 46-1588282 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/21/2023
_____
MM / DD / YYYY

✖ _____
Signature of individual signing on behalf of the debtor

Printed name  Kevin Chen
_____

Position or relationship to debtor  Managing Member
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name ___Capital KCS, LLC_____

Case number (*if known*)___2:23-bk-13029-DS___

## Continuation Sheet for Official Form 207

**26d) Creditors**

**Urban Bay Financial**                    4868 W. Gandy Blvd., Tampa, FL 33611

**Key Bridge Capital**                     433 N Camden Dr., Ste. 400, Beverly
                                           Hills, CA 90210

**PEJ Holdings LLC**                       7979 Ivanhoe Ave., Ste. 200, La Jolla,
                                           CA 92037-4505

**SOFA Part 2, Question 3 Attachment**

| Date | Payee | Address | Description | Amount |
|---|---|---|---|---|
| 03/05/23 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Credit card payment | 762.40 |
| 03/07/23 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Credit card payment-Business Expense | 5,389.43 |
| 03/09/23 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Credit card payment-Business Expense | 89.19 |
| 04/06/23 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Credit card payment | 275.37 |
| 04/10/23 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Credit card payment-Business Expense | 5,203.99 |
| 04/11/23 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Credit card payment-Business Expense | 109.27 |
| 04/28/23 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Credit card payment-Business Expense | 1,223.11 |
| 05/05/23 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Credit card payment | 403.94 |
| 05/07/23 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Credit card payment | 4,809.93 |
| 05/10/23 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Credit card payment | 98.87 |
| | | | **Total** | **18,365.50** |

## SOFA Part 2, Question 4 Attachment

| Date | Payee | Description | Amount |
|------|-------|-------------|--------|
| 05/17/2022 | Arts District Development LLC | Transfer to another business | 80,000.00 |
| 05/26/2022 | Kevin J Chen Insurance Trust | Transfer to Kevin's Insurance Trust Account | 1,000.00 |
| 05/27/2022 | Citi Credit Card-5031 | Credit card payment | 48.00 |
| 06/05/2022 | Citibank | Credit card payment | 485.14 |
| 06/06/2022 | Wells Fargo Home Mortgage | Mortgage Payment (non Capital KCS property) | 3,967.65 |
| 06/06/2022 | Gateway Walk Corp. | HOA Payment (non Capital KCS property) | 364.92 |
| 06/06/2022 | Veer Towers Unit Owners Assoc | HOA Payment (non Capital KCS property) | 908.93 |
| 06/07/2022 | Citi credit card-4388 | Credit card payment | 1,690.20 |
| 06/09/2022 | Addison Pools Inc. | Pool Maintenance Payment | 185.00 |
| 06/09/2022 | Citi credit card-4388 | Credit card payment | 74.65 |
| 06/14/2022 | Kevin Chen | Transfer to Kevin's personal account | 1,000.00 |
| 06/23/2022 | Frankie B LLC | Transfer to another business | 5,000.00 |
| 06/27/2022 | Citi Credit Card-5031 | Credit card payment | 48.00 |
| 07/05/2022 | Citibank | Credit card payment | 344.19 |
| 07/06/2022 | Gateway Walk Corp. | HOA Payment | 364.92 |
| 07/06/2022 | Moana 58 LLC | Transfer to another business | 10,000.00 |
| 07/07/2022 | Citi credit card-4388 | Credit card payment | 1,774.92 |
| 07/08/2022 | Wells Fargo Home Mortgage | Mortgage Payment | 4,177.93 |
| 07/08/2022 | Veer Towers Unit Owners Assoc | HOA Payment | 882.50 |
| 07/18/2022 | Trinidad Quezada | Gardener Payment | 385.00 |
| 07/28/2022 | Citibank | Credit card payment | 48.00 |
| 08/04/2022 | JP Morgan Chase | Credit card payment | 850.00 |
| 08/05/2022 | Citibank | Credit card payment | 154.18 |
| 08/07/2022 | Citi credit card-4388 | Credit card payment | 38.33 |
| 08/08/2022 | Gateway Walk Corp. | HOA Payment | 364.92 |
| 08/09/2022 | Veer Towers Unit Owners Assoc | HOA Payment | 929.02 |
| 08/09/2022 | Wells Fargo Home Mortgage | Mortgage Payment | 4,177.93 |

| 08/25/2022 | Safeco Insurance | Insurance Payment | 225.00 |
| 08/27/2022 | Citi Credit Card-5031 | Credit card payment | 47.99 |
| 08/30/2022 | Frankie B LLC | Transfer to another business | 500.00 |
| 09/04/2022 | JP Morgan Chase | Credit card payment | 82,804.83 |
| 09/06/2022 | Frankie B LLC | Transfer to another business | 1,000.00 |
| 09/07/2022 | Gateway Walk Corp. | HOA Payment | 364.92 |
| 09/07/2022 | Veer Towers Unit Owners Assoc | HOA Payment | 882.50 |
| 09/07/2022 | Wells Fargo Home Mortgage | Mortgage Payment | 4,177.93 |
| 09/07/2022 | Arts District Co-op | Transfer to another business | 1,000.00 |
| 09/07/2022 | Citibank | Credit card payment | 90.00 |
| 09/08/2022 | Kevin Chen | Transfer to Kevin's personal account | 3,000.00 |
| 09/21/2022 | Clark County Treasurer | Property Tax | 1,245.85 |
| 09/26/2022 | Frankie B LLC | Transfer to another business | 3,000.00 |
| 09/27/2022 | Citi Credit Card-5031 | Credit card payment | 47.99 |
| 10/05/2022 | Citibank | Credit card payment | 324.09 |
| 10/06/2022 | Gateway Walk Corp. | HOA Payment | 364.92 |
| 10/06/2022 | Clark County Treasurer | Property Tax | 1,194.87 |
| 10/07/2022 | Kevin Chen | Transfer to Kevin's personal account | 4,000.00 |
| 10/07/2022 | Veer Towers Unit Owners Assoc | HOA Payment | 933.90 |
| 10/11/2022 | Wells Fargo Home Mortgage | Mortgage Payment | 4,177.93 |
| 10/12/2022 | LADWP | Utilities | 100.00 |
| 10/25/2022 | Trinidad Quezada | Gardener Payment | 500.00 |
| 10/27/2022 | Citi Credit Card-5031 | Credit card payment | 48.00 |
| 11/05/2022 | Wells Fargo Home Mortgage | Mortgage Payment | 4,177.93 |
| 11/05/2022 | Citibank | Credit card payment | 792.08 |
| 11/07/2022 | Gateway Walk Corp. | HOA Payment | 364.92 |
| 11/07/2022 | Veer Towers Unit Owners Assoc | HOA Payment | 908.63 |
| 11/08/2022 | Kevin Chen | Transfer to Kevin's personal account | 3,000.00 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 11/09/2022 | Citi credit card-4388 | Credit card payment | 750.00 |
| 11/14/2022 | LADWP | Utilities | 200.00 |
| 11/21/2022 | Los Angeles County Tax Collector | Property Tax | 3,380.73 |
| 11/27/2022 | Citi Credit Card-5031 | Credit card payment | 48.00 |
| 12/05/2022 | Citibank | Credit card payment | 95.53 |
| 12/06/2022 | Gateway Walk Corp. | HOA Payment | 364.92 |
| 12/06/2022 | Veer Towers Unit Owners Assoc | HOA Payment | 882.50 |
| 12/07/2022 | Kevin Chen | Transfer to Kevin's personal account | 3,000.00 |
| 12/07/2022 | Wells Fargo Home Mortgage | Mortgage Payment | 4,177.93 |
| 12/12/2022 | LADWP | Utilities | 100.00 |
| 12/27/2022 | Citi Credit Card-5031 | Credit card payment | 48.00 |
| 01/04/2023 | Gateway Walk Corp. | HOA Payment | 364.92 |
| 01/05/2023 | Veer Towers Unit Owners Assoc | HOA Payment | 910.13 |
| 01/05/2023 | Citibank | Credit card payment | 319.55 |
| 01/06/2023 | Wells Fargo Home Mortgage | Mortgage Payment | 4,177.93 |
| 01/11/2023 | Art District Los Angeles Regional Ce | Transfer to another business | 358.00 |
| 01/12/2023 | LADWP | Utilities | 1,840.38 |
| 01/12/2023 | LADWP | Utilities | 200.00 |
| 01/25/2023 | Trinidad Quezada | Gardener Payment | 800.00 |
| 01/30/2023 | Citibank | Credit card payment | 48.00 |
| 02/07/2023 | Wells Fargo Home Mortgage | Mortgage Payment | 4,177.93 |
| 02/07/2023 | Veer Towers Unit Owners Assoc | HOA Payment | 953.12 |
| 02/07/2023 | Gateway Walk Corp. | HOA Payment | 364.92 |
| 02/07/2023 | Citibank | Credit card payment | 508.33 |
| 02/10/2023 | Citibank | Credit card payment | 121.50 |
| 02/12/2023 | LADWP | Utilities | 50.00 |
| 02/17/2023 | Frankie B LLC | Transfer to another business | 2,000.00 |
| 02/28/2023 | Citibank | Credit card payment | 48.00 |
| 03/03/2023 | Anthony Arocha | Return of Security Deposit | 1,831.32 |

| 03/05/2023 | Wells Fargo Home Mortgage | Mortgage Payment | 4,177.93 |
|---|---|---|---|
| 03/05/2023 | Gateway Walk Corp. | HOA Payment | 364.92 |
| 03/05/2023 | Veer Towers Unit Owners Assoc | HOA Payment | 953.12 |
| 03/05/2023 | Citibank | Credit card payment | 102.11 |
| 03/06/2023 | Clark County Treasurer | Property Tax | 1,194.87 |
| 03/07/2023 | City of Alhambra | Utilities | 115.09 |
| 03/16/2023 | Arts District Development LLC | Transfer to another business | 25,000.00 |
| 03/17/2023 | Kevin Chen | Transfer to Kevin's personal account | 36,036.04 |
| 03/17/2023 | Fast Consultancy Limited | Property Tax | 2,239.51 |
| 03/17/2023 | Kevin Chen | Transfer to Kevin's personal account | 3,000.00 |
| 03/28/2023 | Citibank | Credit card payment | 246.00 |
| 03/31/2023 | David Sheen | Loan Interest | 10,000.00 |
| 04/01/2023 | Arts District Development LLC | Transfer to another business | 3,000.00 |
| 04/06/2023 | Gateway Walk Corp. | HOA Payment | 364.92 |
| 04/06/2023 | Veer Towers Unit Owners Assoc | HOA Payment | 849.22 |
| 04/06/2023 | Citibank | Credit card payment | 261.88 |
| 04/07/2023 | Wells Fargo Home Mortgage | Mortgage Payment | 4,177.93 |
| 04/13/2023 | LADWP | Utilities | 100.00 |
| 04/24/2023 | Sain Rivera | Contractor | 5,000.00 |
| 04/27/2023 | Frankie B LLC | Transfer to another business | 2,800.00 |
| 05/02/2023 | City of Alhambra | Utilities | 111.59 |
| 05/03/2023 | Trinidad Quezada | Gardener Payment | 600.00 |
| 05/05/2023 | Citibank | Credit card payment | 349.53 |
| 05/08/2023 | Gateway Walk Corp. | HOA Payment | 364.92 |
| 05/08/2023 | Veer Towers Unit Owners Assoc | HOA Payment | 931.22 |
| 05/09/2023 | Wells Fargo Home Mortgage | Mortgage Payment | 4,177.93 |
| 05/10/2023 | Citibank | Credit card payment | 2,775.69 |
| | | **Total Insider Payments** | **379,954.67** |

**SOFA Part 6, Question 13 Attachment**

| Date | Payee | Address | Relationship to Debtor/Description | Amount |
|------|-------|---------|-----------------------------------|--------|
| 05/27/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 78.00 |
| 06/04/2021 | JP Morgan Chase | P O Box 6294 Carol Stream IL 60197-6294 | Kevin Chen credit card | 2,909.78 |
| 06/05/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 1,560.13 |
| 06/07/2021 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.44 |
| 06/07/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 142,974.18 |
| 06/08/2021 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 717.03 |
| 06/08/2021 | Kevin Chen | 1739 Windsor Rd San Marino CA 91108 | Kevin Chen | 4,500.00 |
| 06/08/2021 | Kevin Chen | 1739 Windsor Rd San Marino CA 91108 | Kevin Chen | 5,000.00 |
| 06/09/2021 | Wells Fargo | P O Box 51162 Los Angeles CA 90051-5462 | Kevin Chen Investment Property Mortgage Payment | 3,967.65 |
| 06/22/2021 | Trinidad Quezada | 8416 Sylmar Ave Panorama City CA 91402 | Kevin Chen Investment Property Gardener | 300.00 |
| 06/29/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 48.00 |
| 07/03/2021 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 717.40 |
| 07/03/2021 | Wells Fargo | P O Box 51162 Los Angeles CA 90051-5462 | Kevin Chen Investment Property Mortgage Payment | 3,967.65 |
| 07/06/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 690.82 |
| 07/06/2021 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.44 |
| 07/27/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 48.00 |
| 07/30/2021 | Arts District Development LLC | 1129 E 5th St Los Angeles CA 90013 | Kevin Chen Other Business | 5,000.00 |
| 08/03/2021 | Wells Fargo | P O Box 51162 Los Angeles CA 90051-5462 | Kevin Chen Investment Property Mortgage Payment | 3,967.65 |
| 08/03/2021 | Moana 58 LLC | 1118 Ala Moana Blvd #1306 Honolulu HI 96814-4937 | Kevin Chen Other Business | 6,000.00 |
| 08/04/2021 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 728.80 |
| 08/05/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 474.59 |
| 08/06/2021 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.44 |
| 08/10/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 15,220.68 |
| 08/19/2021 | Clark County Treasurer | 500 S Grand Central Pkwy 1st Fl Box 551220 Las Vegas NV 89155-1220 | Kevin Chen Investment Property Property Tax | 1,138.91 |
| 08/20/2021 | Safeco Insurance | 62 Maple Ave Keene NH 03431 | Kevin Chen Investment Property Insurance | 214.00 |
| 09/03/2021 | Wells Fargo | P O Box 51162 Los Angeles CA 90051-5462 | Kevin Chen Investment Property Mortgage Payment | 3,967.65 |
| 09/03/2021 | Arts District Development LLC | 1129 E 5th St Los Angeles CA 90013 | Kevin Chen Other Business | 50,000.00 |
| 09/05/2021 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 705.74 |
| 09/05/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 716.45 |
| 09/07/2021 | Franchise Tax Board | P O Box 942857 Sacramento CA 94257-0531 | Kevin Chen Other Business Franchise Tax | 900.00 |
| 09/07/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 6,102.66 |

| Date | Payee | Address | Relationship to Debtor/Description | Amount |
|------|-------|---------|-----------------------------------|-------:|
| 09/08/2021 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.44 |
| 09/10/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 102.36 |
| 09/14/2021 | JP Morgan Chase | P O Box 6294 Carol Stream IL 60197-6294 | Kevin Chen credit card | 2,619.94 |
| 09/17/2021 | Jong Lee | PO Box 5777 Pasadena CA 91117 | Kevin Chen Investment Property Maintenance | 390.00 |
| 09/21/2021 | Franchise Tax Board | P O Box 942857 Sacramento CA 94257-0531 | Kevin Chen Other Business Franchise Tax | 1,633.05 |
| 09/28/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 48.00 |
| 10/01/2021 | Clark County Treasurer | 500 S Grand Central Pkwy 1st Fl Box 551220 Las Vegas NV 89155-1220 | Kevin Chen Investment Property Property Tax | 1,135.87 |
| 10/04/2021 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 706.00 |
| 10/04/2021 | Wells Fargo | P O Box 51162 Los Angeles CA 90051-5462 | Kevin Chen Investment Property Mortgage Payment | 3,967.65 |
| 10/06/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 250.93 |
| 10/06/2021 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.44 |
| 10/08/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 26.82 |
| 10/12/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 70.00 |
| 10/18/2021 | Kevin Chen | 1739 Windsor Rd San Marino CA 91108 | Kevin Chen | 6,000.00 |
| 10/22/2021 | Moana 58 LLC | 1118 Ala Moana Blvd #1306 Honolulu HI 96814-4937 | Kevin Chen Other Business | 12,000.00 |
| 10/25/2021 | Franchise Tax Board | P O Box 942857 Sacramento CA 94257-0531 | Kevin Chen Other Business Franchise Tax | 984.60 |
| 10/28/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 78.00 |
| 11/03/2021 | Wells Fargo | P O Box 51162 Los Angeles CA 90051-5462 | Kevin Chen Investment Property Mortgage Payment | 3,967.65 |
| 11/04/2021 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 760.13 |
| 11/04/2021 | Kevin Chen | 1739 Windsor Rd San Marino CA 91108 | Kevin Chen | 5,000.00 |
| 11/05/2021 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.44 |
| 11/05/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 262.60 |
| 11/09/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 2,037.92 |
| 11/30/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 48.00 |
| 12/03/2021 | Wells Fargo | P O Box 51162 Los Angeles CA 90051-5462 | Kevin Chen Investment Property Mortgage Payment | 3,967.65 |
| 12/04/2021 | Los Angeles County Tax Collector | PO Box 54018 Los Angeles CA 90054-0018 | Kevin Chen Investment Property Property Tax | 8,682.39 |
| 12/04/2021 | Los Angeles County Tax Collector | PO Box 54018 Los Angeles CA 90054-0018 | Kevin Chen Investment Property Property Tax | 3,506.39 |
| 12/04/2021 | Los Angeles County Tax Collector | PO Box 54018 Los Angeles CA 90054-0018 | Kevin Chen Investment Property Property Tax | 16,144.74 |
| 12/06/2021 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 734.98 |
| 12/06/2021 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.44 |
| 12/07/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 50.50 |

| Date | Payee | Address | Relationship to Debtor/Description | Amount |
|------|-------|---------|-----------------------------------|--------|
| 12/08/2021 | Arts District Development LLC | 1129 E 5th St Los Angeles CA 90013 | Kevin Chen Other Business | 11,000.00 |
| 12/10/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 1,937.22 |
| 12/13/2021 | Kevin Chen | 1739 Windsor Rd San Marino CA 91108 | Kevin Chen | 5,000.00 |
| 12/13/2021 | Frankie B LLC | 1129 E 5th St Los Angeles CA 90013 | Kevin Chen Other Business | 42,000.00 |
| 12/21/2021 | US Department of Homeland Security | PO Box 10526 Laguna Niguel CA 92607-0526 | Kevin Chen Other Business Filing Fees | 3,035.00 |
| 12/28/2021 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 48.00 |
| 01/04/2022 | Franchise Tax Board | P O Box 942857 Sacramento CA 94257-0531 | Kevin Chen Other Business Franchise Tax | 250.00 |
| 01/04/2022 | Helen Chan Insurance Agency | 1169 Fairway Dr #203 Walnut CA 91789 | Kevin Chen Investment Property Insurance | 1,908.00 |
| 01/05/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 1,421.60 |
| 01/06/2022 | Wells Fargo | P O Box 51162 Los Angeles CA 90051-5462 | Kevin Chen Investment Property Mortgage Payment | 3,967.65 |
| 01/06/2022 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.92 |
| 01/06/2022 | Arts District Development LLC | 1129 E 5th St Los Angeles CA 90013 | Kevin Chen Other Business | 3,000.00 |
| 01/07/2022 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 901.13 |
| 01/07/2022 | Kevin Chen | 1739 Windsor Rd San Marino CA 91108 | Kevin Chen | 500.00 |
| 01/07/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 64.90 |
| 01/09/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 46.43 |
| 01/12/2022 | Clark County Treasurer | 500 S Grand Central Pkwy 1st Fl Box 551220 Las Vegas NV 89155-1220 | Kevin Chen Investment Property Property Tax | 1,135.87 |
| 01/25/2022 | Kevin Chen | 1739 Windsor Rd San Marino CA 91108 | Kevin Chen | 5,000.00 |
| 01/28/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 48.00 |
| 02/04/2022 | Wells Fargo | P O Box 51162 Los Angeles CA 90051-5462 | Kevin Chen Investment Property Mortgage Payment | 3,967.65 |
| 02/04/2022 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 901.74 |
| 02/05/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 822.92 |
| 02/07/2022 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.92 |
| 02/07/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 258.00 |
| 02/09/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 72.69 |
| 03/01/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 48.00 |
| 03/04/2022 | Kevin Chen | 1739 Windsor Rd San Marino CA 91108 | Kevin Chen | 5,000.00 |
| 03/05/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 524.38 |
| 03/07/2022 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 899.80 |
| 03/07/2022 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.92 |
| 03/07/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 404.54 |
| 03/09/2022 | LADWP | PO Box 515407 Los Angeles CA 90051-6707 | Kevin Chen Investment Property Utilities | 14.33 |

| Date | Payee | Address | Relationship to Debtor/Description | Amount |
|------|-------|---------|-----------------------------------|-------:|
| 03/09/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 69.99 |
| 03/11/2022 | Clark County Treasurer | 500 S Grand Central Pkwy 1st Fl Box 551220 Las Vegas NV 89155-1220 | Kevin Chen Investment Property Property Tax | 1,135.87 |
| 04/01/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 1,000.00 |
| 04/01/2022 | Moana 58 LLC | 1118 Ala Moana Blvd #1306 Honolulu HI 96814-4937 | Kevin Chen Other Business | 48,000.00 |
| 04/05/2022 | Wells Fargo | P O Box 51162 Los Angeles CA 90051-5462 | Kevin Chen Investment Property Mortgage Payment | 3,967.65 |
| 04/05/2022 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.92 |
| 04/05/2022 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 901.31 |
| 04/05/2022 | Kevin Chen | 1739 Windsor Rd San Marino CA 91108 | Kevin Chen | 2,500.00 |
| 04/05/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 142.94 |
| 04/07/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 720.90 |
| 04/09/2022 | Los Angeles County Tax Collector | PO Box 54018 Los Angeles CA 90054-0018 | Kevin Chen Investment Property Property Tax | 3,506.39 |
| 04/17/2022 | Franchise Tax Board | P O Box 942857 Sacramento CA 94257-0531 | Kevin Chen personal taxes | 1,781.00 |
| 04/17/2022 | United States Treasury | P O Box 802501 Cincinnati OH 45280-2501 | Kevin Chen personal taxes | 3,132.00 |
| 04/18/2022 | Franchise Tax Board | P O Box 942857 Sacramento CA 94257-0531 | Kevin Chen Other Business Franchise Tax | 800.00 |
| 04/18/2022 | Franchise Tax Board | P O Box 942857 Sacramento CA 94257-0531 | Kevin Chen Other Business Franchise Tax | 800.00 |
| 04/18/2022 | Franchise Tax Board | P O Box 942857 Sacramento CA 94257-0531 | Kevin Chen Other Business Franchise Tax | 800.00 |
| 04/18/2022 | Franchise Tax Board | P O Box 942857 Sacramento CA 94257-0531 | Kevin Chen Other Business Franchise Tax | 800.00 |
| 04/27/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 97.27 |
| 05/03/2022 | Trinidad Quezada | 8416 Sylmar Ave Panorama City CA 91402 | Kevin Chen Investment Property Gardener | 1,375.00 |
| 05/05/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Cynthia Chen credit card | 451.68 |
| 05/06/2022 | Wells Fargo | P O Box 51162 Los Angeles CA 90051-5462 | Kevin Chen Investment Property Mortgage Payment | 3,967.65 |
| 05/06/2022 | Gateway Walk Corp. | c/o Associa Northern CA 2698 Junipero Ave Ste 101-A Signal Hill, CA 90755 | Kevin and Cynthia Chen Condo HOA Fee | 364.92 |
| 05/06/2022 | Veer Towers | c/o Associa Nevada South PO Box 60998 Phoenix AZ 85082-0998 | Kevin and Cynthia Chen Condo HOA Fee | 920.90 |
| 05/06/2022 | Kevin Chen | 1739 Windsor Rd San Marino CA 91108 | Kevin Chen | 500.00 |
| 05/07/2022 | Citibank | P O Box 78045 Phoenix AZ 85062-8045 | Kevin Chen credit card | 2,565.81 |
| 05/16/2022 | Kevin Chen | 1739 Windsor Rd San Marino CA 91108 | Kevin Chen | 3,000.00 |
| 05/17/2022 | Arts District Development LLC | 1129 E 5th St Los Angeles CA 90013 | Kevin Chen Other Business | 80,000.00 |

**Total Transferred** **599,281.83**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing documents entitled (*specify*): **SUMMARY OF ASSETS AND LIABILITIES FOR NON-INDIVIDUALS; SCHEDULE A/B; SCHEDULE D; SCHEDULE E/F; SCHEDULE G; SCHEDULE H; DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS; and STATEMENT OF FINANCIAL AFFAIRS FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY** will be served or were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Marcus Colabianchi**    mcolabianchi@duanemorris.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/21/2023 | Janet A. Mack | /s/ Janet A. Mack |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**