MATTHEW A. LESNICK (SBN 177594)
  matt@lesnickprince.com
LISA R. PATEL (SBN 341574)
  lpatel@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Attorneys for Debtor in Possession
Capital KCS, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CAPITAL KCS, LLC<br><br>             Debtor in Possession. | Case No. 2:23-bk-13029-DS<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION FOR APPROVAL OF DISCLOSURE STATEMENT DESCRIBING CAPITAL KCS, LLC'S CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 17, 2023**<br><br>Hearing:<br>Date: October 12, 2023<br>Time: 11:30 a.m.<br>Held Remotely Using ZoomGov |

      PLEASE TAKE NOTICE that at the above-referenced date, time and location, Capital KCS, LLC, the debtor and debtor in possession in the above-referenced case (the "Debtor"), will respectfully ask the Court for an Order approving the Disclosure Statement [Docket No. 71] (the "Disclosure Statement") that describes the Debtor's "Chapter 11 Plan of Reorganization Dated August 17, 2023" [Docket No. 70] (the "Plan"). The Disclosure Statement and the Plan were filed with the Court on August 17, 2023.

1

PLEASE TAKE FURTHER NOTICE that, upon approval of the Disclosure Statement by the Bankruptcy Court, all parties that received this Notice and Motion will receive a copy of the Disclosure Statement, the Plan and a ballot for voting on the Plan without the need for taking any further action.

PLEASE TAKE FURTHER NOTICE that the Disclosure Statement and the Plan are on file with the Clerk of the Bankruptcy Court and may be viewed and/or photocopied during the Court's regular business hours.  In addition, the Disclosure Statement and the Plan are available electronically for downloading and viewing for any person with a PACER account, at the following web address: https://ecf.cacb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that any request for a copy of the Disclosure Statement prior to the hearing on this Motion for the approval of the Disclosure Statement must be in writing and sent to counsel for the Debtor, whose name and contact information appears at the upper left-hand corner of the first page of this pleading.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy Rule 3017-1(b), any party who wishes to object to the approval of the Disclosure Statement must, not later than 14 days prior to the hearing date set forth above, file a written objection with the Clerk of the Bankruptcy Court and serve such objection on (1) counsel for the Debtor, and (2) the Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017.

//

//

//

//

//

//

WHEREFORE, the Debtor respectfully requests that the Court enter an Order: (1) granting the Motion; (2) finding that the Disclosure Statement contains

"adequate information" as required by 11 U.S.C. § 1125(b); (3) approving the Disclosure Statement; (4) setting procedures, dates and deadlines regarding the distribution of the Disclosure Statement, Plan and ballots for voting on the Plan, and confirmation of the Plan; and (5) granting such additional relief as the Court may deem just and proper.

DATED:  August 22, 2023    LESNICK PRINCE & PAPPAS, LLP


By:  /s/ Matthew A. Lesnick
   Matthew A. Lesnick
   Counsel for Debtor in Possession
   Capital KCS, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR APPROVAL OF DISCLOSURE STATEMENT DESCRIBING CAPITAL KCS, LLC'S CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 17, 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/22/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Marcus Colabianchi**    mcolabianchi@duanemorris.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David R Zaro**    dzaro@allenmatkins.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/22/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  Please see attached.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/22/2023 | Janet A. Mack | /s/ Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL**:

AC Martnin
ATTN: Tom Hsieh
444 S. Flower, Suite 1209
Los Angeles CA 90071

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

CA Dept. of Motor Vehicles
PO Box 942897
Sacramento, CA 94297-0897

City of LA Dept of Building & Safety
201 N. Figueroa St.
Los Angeles, CA 90012

City of LA DOT
100 S. Main St. 10th Floor
Los Angeles, CA 90012

City of Los Angeles
Los Angeles Housing Dept
PO BOX 17790
Los Angeles, CA 90017-0790

City of Los Angeles - HCIDLA
PO BOX 30970
Los Angeles, CA 90030-0970

City of Los Angeles Fire Dept
c/o City of Los Angeles Treasurer
PO Box 845252
Los Angeles, CA 90084-5252

City of Los Angeles, Office of Finance
PO Box 51112
Los Angeles, CA 90051-5412

CPIF California, LLC
1910 Fairview Ave. E, Ste. 200
Seattle, WA 98102

CPIF California, LLC
ATTN: Kevin Quinn
818 West Seventh Street
Los Angeles, CA 90017

David R. Zaro, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543

East West Bank
ATTN: Steve Chang
135 N. Los Robles Avenue, 6th Fl
Pasadena CA 91101

Farmers Insurance
PO Box 0913
Carol Stream, IL 60132-0913

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

LA City Police Alarm
200 N Spring St
Los Angeles, CA 90012

LA Dept. of Water and Power
PO BOX 51111
Los Angeles, CA 90051-0100

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018

Minny Chen
8835 Naomi Ave
San Gabriel, CA 91775

Richardson Kontogouris Emerson LLP
2942 Columbia Street
Torrance, CA 90503

So Cal Gas
PO Box 1626
Monterey Park, CA 91754-8626

Southland Fire Alarm
553 N Pacific Coast Hwy. Suite 137
Redondo Beach, CA 90277

Spectrum
PO Box 60074
City of Industry, CA 91716-0074

State Farm Insurance
PO Box 2915
Bloomington, IL 61702-2915

T-Mobile
T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410