| Attorney or Professional Name, Address, Telephone and FAX | |
|---|---|
| MATTHEW A. LESNICK (SBN 177594)<br>  matt@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth Street, Suite 705, Los Angeles, CA  90015<br>Telephone: (213) 493-6496; Facsimile: (213) 493-6596 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>CAPITAL KCS, LLC<br><br><br><br><br><br>Debtor | Chapter 11 Case Number<br><br>2:23-bk-13029-DS<br><br>**Professional Fee Statement**<br><br>Number: 2<br>Month of: July, 2023 |
|---|---|

| | |
|---|---|
| 1.  Name of Professional: | Lesnick Prince & Pappas LLP |
| 2.  Date of entry of order approving employment of the professional: | June 22, 2023 |
| 3.  Total amount of pre-petition payments received by the professional: | $ 75,000.00 (post-petition retainer) |
| 4.  Less: Total amount of pre-petition services rendered and expenses: | - $0 |
| 5.  Balance of funds remaining on date of filing of petition: | $ 0 |
| 6.  Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - $38,034.25 |
| 7.  Less: Total amount of services and expenses this reporting period: | - $2,412.50 |
| 8.  Balance of funds remaining for next reporting period: | $ 34,553.25 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE.  A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST.  FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9.  Total number of pages attached hereto: | 2 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:  08/24/2023

    Lesnick Prince & Pappas LLP

Type Name of Professional                                          Signature of Professional

    Matthew A. Lesnick                                             /s/ Matthew A. Lesnick

Type Name of Attorney for Professional (if applicable)             Signature of Attorney for Professional (if applicable)

Revised September 2012        PROFESSIONAL FEE STATEMENT (Page 1 of 2)        USTR16-6.0

| In re: (Short Title)<br>CAPITAL KCS, LLC | Debtor | Chapter 11 Case Number:<br>2:23-bk-13029-DS |
|---|---|---|

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF Los Angeles

I am employed in the county of Los Angeles, State of California, in the office of a member of the bar of this Court at whose direction the service was made; I am over the age of 18 and not a party to the within action; and my business address is as follows:

On August 24, 2023, I served the foregoing PROFESSIONAL FEE STATEMENT on the interested parties at their last known addresses in this action by placing a true and correct copy thereof in a sealed envelope with first class postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as follows:

Please see attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/24/2023

Print Name  Jennifer Navarro        Signature  *[signature]*

**SERVED BY UNITED STATES MAIL**:

**20 Largest Unsecured Creditors**
Richardson Kontogouris Emerson LLP
2942 Columbia Street
Torrance, CA 90503


Southland Fire Alarm
553 N Pacific Coast Hwy. Ste 137
Redondo Beach, CA 90277


LA Dept. of Water and Power
PO Box 51111
Los Angeles, CA 90051-0100


**Trustee (also served copy of invoice)**
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **PROFESSIONAL FEE STATEMENT 2 (JULY 2023)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/24/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Marcus Colabianchi**   mcolabianchi@duanemorris.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Matthew D Pham**   mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **David R Zaro**   dzaro@allenmatkins.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/24/2023 | Janet A. Mack | /s/ Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 9013-3.1.PROOF.SERVICE**